United States District Court
Southern District of Texas
**ENTERED**
October 06, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| HAIDAR MOHAMMED KAREEM, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | |
| | § | CIVIL ACTION NO. H-26-4081 |
| MARKWAYNE MULLIN, *et al.*, | § | |
| | § | |
| Defendants. | § | |
| | § | |
| | § | |

**ORDER OF DISMISSAL**

On the notice of the plaintiff under Federal Rule of Civil Procedure 41(a)(1)(A)(i), all claims asserted against the defendants in this case are voluntarily dismissed without prejudice. (Docket Entry No. 13). Each party is to bear its own costs, expenses, and attorneys' fees.

SIGNED on October 6, 2026, at Houston, Texas.

Lee H. Rosenthal
Senior United States District Judge